## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

JUAN L. ZANDATE, Individually
and For Others Similarly Situated,

              Plaintiffs,

v.

KELLY SERVICES GLOBAL, LLC,

              Defendants.

Case No. 4:24-cv-03303

## RULE 41(a)(1)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Parties stipulate to

dismiss this matter with prejudice and without costs. Pursuant to Federal Rule of Civil

Procedure 41, this dismissal is effective upon filing.

Dated: December 5, 2025

Respectfully submitted,

*/s/ Alyssa J. White*
Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Alyssa J. White
Texas Bar No. 24073014
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
awhite@mybackwages.com

*/s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.
Gregory Tsonis
**DUANE MORRIS LLP**
190 South La Salle Street, Suite 3700
Chicago, IL 60603-3433
312-499-6700 – Telephone
gmaatman@duanemorris.com
gtsonis@duanemorris.com

**ATTORNEYS FOR DEFENDANT**

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 5th day of December, 2025.

*/s/ Alyssa J. White*
**Alyssa J. White**