Case 4:24-cv-03303   Document 22   Filed on 12/08/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | |
|---|---|
| Juan L. Zandate, *Individually and for Others Similarly Situated*, <br><br> Plaintiff, <br><br> v. <br><br> Kelly Services Global, LLC, <br><br> Defendant. | Civil Action No. 4:24cv3303 |

## ORDER OF DISMISSAL

On December 5, 2025, Plaintiff, Juan L. Zandate, and Defendant, Kelly Services Global, LLC, filed a Joint Stipulation of Dismissal with Prejudice (docket no. 21) stipulating to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, this Court accepts the Stipulation and this action is hereby **DISMISSED WITH PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED:** on this 8th day of December, 2025.

_____
Sim Lake
Senior United States District Judge